

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-96,435-01

**JERMAL DESHANNON WILLIAMS, Applicant**

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. 1555851-A
## IN THE 176TH DISTRICT COURT FROM HARRIS COUNTY

*Per curiam*. FINLEY, J., filed a dissenting opinion, in which PARKER, J., joined. YEARY, J., dissented.

## O P I N I O N

Applicant pleaded guilty and was convicted of delivery of a controlled substance less than one gram and sentenced to three days' imprisonment in county jail. Applicant filed this application for writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that the State presented false evidence and that his plea was involuntary because he did not know of the bad acts of the officer who implicated him in this alleged offense. The State and the trial court agree that Applicant's plea was involuntary. *Ex parte Mathews,* 638 S.W.3d 685 (Tex. Crim. App. 2022); *Ex parte Coty*, 418 S.W.3d 597 (Tex. Crim. App. 2014). The

State and the trial court both recommend granting relief.  We agree.

Relief is granted.  *Brady v. United States*, 397 U.S. 742 (1970).  The judgment in Cause No. 1555851 in the 176th Judicial District Court of Harris County is set aside, and Applicant is remanded to the Harris County Sheriff to answer the charges as set out in the indictment.  The trial court shall issue any necessary bench warrant within 10 days after the mandate of this Court issues.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Pardons and Paroles Division.

Delivered:  June 18, 2025
Do Not Publish